IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GORDON ANDREW DOUGLAS,

    Petitioner,                      No. CIV S-97-0775 FCD GGH P

    vs.

S. CAMBRA, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        On June 22, 2005, this court recommended that respondent's motion to dismiss be granted. On August 26, 2005, the district court declined to adopt these findings and recommendations.

        Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, respondent shall file an answer; petitioner's reply is due thirty days thereafter.

DATED: 9/2/05

                                            /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

ggg:kj
doug777.sch