```
DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
GORDON ANDREW DOUGLAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON ANDREW DOUGLAS, | NO. CIV S-97-0775 FCD JFM P |
| Petitioner, | **UNOPPOSED REQUEST AND ORDER EXTENDING TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |
| v. | |
| S. CAMBRA, et al., | |
| Respondents. | |

Pursuant to Local Rule 6-142, petitioner, GORDON ANDREW DOUGLAS, by and through his counsel, Assistant Federal Defender David M. Porter, hereby requests an extension of time for the parties to file their objections to the findings and recommendations. This request is being made to enable counsel to communicate with Mr. Douglas.

This is petitioner's first request for an extension to file the objections, and it is not interposed to unduly delay the proceedings, to gain unfair advantage, or for any other improper purpose. Counsel for respondent, Deputy Attorney General Daniel B. Bernstein, has graciously indicated that he has no objection to this request.

/ / /

1      Accordingly, Mr. Douglas requests the Court issue the order lodged
2 herewith.
3 Dated:  November 1, 2007
4                                    Respectfully submitted,
5                                    DANIEL J. BRODERICK
                                     Federal Defender
6

7
                                     __/s/  *David M. Porter*__
8                                    DAVID M. PORTER
                                     Assistant Federal Defender
9
                                     Attorney for Petitioner
10                                   GORDON ANDREW DOUGLAS

**ORDER**

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, objections to the findings and recommendations may be filed on or before December 14, 2007.

Dated: November 19, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

doug0775.eot