1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Petitioner
   GORDON ANDREW DOUGLAS

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  GORDON ANDREW DOUGLAS,          )  NO. CIV S-97-0775 FCD JFM P
                                    )
12             Petitioner,          )  **UNOPPOSED REQUEST AND ORDER**
                                    )  **EXTENDING TIME TO FILE OBJECTIONS**
13       v.                         )  **TO MAGISTRATE JUDGE'S FINDINGS**
                                    )  **AND RECOMMENDATIONS; DECLARATION**
14  S. CAMBRA, et al.,              )  **OF COUNSEL**
                                    )
15             Respondents.         )
                                    )
16  _____ )

17

18       Pursuant to Local Rule 6-142, petitioner, GORDON ANDREW DOUGLAS,

19  by and through his counsel, Assistant Federal Defender David M. Porter,

20  hereby requests an extension of time of thirty days for the parties to

21  file their objections to the findings and recommendations.  The

22  objections are currently due December 14, 2007, one extension of

23  twenty-one days having previously been granted.  This request is being

24  made for the reasons set forth in the accompanying declaration of

25  counsel.

26       This request for an extension is not interposed to unduly delay

27  the proceedings, to gain unfair advantage, or for any other improper

28  purpose.  Counsel for respondent, Deputy Attorney General Daniel B.

1   Bernstein, has graciously indicated that he has no objection to this

2   request.

3       Accordingly, Mr. Douglas requests the Court issue the order lodged

4   herewith.

5   Dated:  December 13, 2007

6                                    Respectfully submitted,

7                                    DANIEL J. BRODERICK
                                     Federal Defender
8

9
                                       /s/   David M. Porter
10                                   DAVID M. PORTER
                                     Assistant Federal Defender
11
                                     Attorney for Petitioner
12                                   GORDON ANDREW DOUGLAS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**DECLARATION OF COUNSEL**

2    I, David M. Porter, declare as follows:

3    1.    I am employed by the Office of the Federal Defender for the

4 Eastern District of California and the attorney responsible for the

5 above-entitled matter.

6    2.    On November 1, 2007, this Court issued an findings and

7 recommendations and set the deadline for the filing of objections on

8 November 23, 2007.  The undersigned promptly sent a copy of the

9 findings and recommendations to Mr. Douglas, who is incarcerated at

10 Pelican Bay State Prison.

11    3.    The undersigned applied for and was granted a twenty-one day

12 extension of time to file objections to the findings and

13 recommendations to allow him to communicate with Mr. Douglas.

14    4.    While the undersigned has exercised diligence in attempting

15 to meet the deadline, he has been unable to do so because of delays in

16 communicating with Mr. Douglas, the need to familiarize himself with

17 the case (which until recently was being handled by another attorney in

18 this office), the intervening holidays, and his duties in other cases,

19 which included a Ninth Circuit opening brief due November 19, 2007; a

20 Ninth Circuit reply brief due December 3, 2007; briefing concerning a

21 motion to compel production, the hearing of which took place in this

22 court on December 6, 2007; a witness interview at Sierra Conservation

23 Camp on December 7, 2007; and objections to findings and

24 recommendations due on December 17 and December 21, 2007.

25    5.    On December 12, 2007, the undersigned contacted counsel for

26 respondent, Deputy Attorney General Daniel B. Bernstein, who graciously

27 indicated that he has no objection to this request.

28    I declare under penalty of perjury that the matters herein as to

3

1  which I have personal knowledge are true and correct, and as to other

2  matters, I believe them to be true and correct.

3  DATED:   December 13, 2007

4

5                                        /s/  *David M. Porter*
                                         David M. Porter

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2      Pursuant to the unopposed request of petitioner, and good cause

3  appearing therefor, objections to the findings and recommendations may

4  be filed on or before January 14, 2008.

5  Dated: December 14, 2007.

6

7  _____
   UNITED STATES MAGISTRATE JUDGE

8

9  /doug0775.eot2

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28