```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Petitioner
    GORDON ANDREW DOUGLAS
 6

 7

 8               IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  GORDON ANDREW DOUGLAS,        )  NO. CIV S-97-0775 FCD JFM P
                                  )
12          Petitioner,           )  UNOPPOSED REQUEST AND ORDER
                                  )  EXTENDING TIME TO FILE OBJECTIONS
13     v.                         )  TO MAGISTRATE JUDGE'S FINDINGS
                                  )  AND RECOMMENDATIONS; DECLARATION
14  S. CAMBRA, et al.,            )  OF COUNSEL
                                  )
15          Respondents.          )
                                  )
16  _____)

17
```

18       Pursuant to Local Rule 6-142, petitioner, GORDON ANDREW DOUGLAS,
19  by and through his counsel, Assistant Federal Defender David M. Porter,
20  hereby requests an extension of time of thirty days for the parties to
21  file their objections to the findings and recommendations.  The
22  objections are currently due January 14, 2008, two extensions for a
23  total of 51 days having previously been granted.  This request is being
24  made for the reasons set forth in the accompanying declaration of
25  counsel.
26       This request for an extension is not interposed to unduly delay
27  the proceedings, to gain unfair advantage, or for any other improper
28  purpose.  Counsel for respondent, Deputy Attorney General Daniel B.

1  Bernstein, has graciously indicated that he has no objection to this
2  request.
3      Accordingly, Mr. Douglas requests the Court issue the order lodged
4  herewith.
5  Dated:  January 11, 2008

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                     /s/  David M. Porter
                                    DAVID M. PORTER
                                    Assistant Federal Defender

                                    Attorney for Petitioner
                                    GORDON ANDREW DOUGLAS

**DECLARATION OF COUNSEL**

I, David M. Porter, declare as follows:

1. I am employed by the Office of the Federal Defender for the Eastern District of California and the attorney responsible for the above-entitled matter.

2. On November 1, 2007, this Court issued an findings and recommendations and set the deadline for the filing of objections on November 23, 2007. The undersigned promptly sent a copy of the findings and recommendations to Mr. Douglas, who is incarcerated at Pelican Bay State Prison.

3. The undersigned applied for and was granted two extensions for a total of 51 days to file objections to the findings and recommendations to allow him to communicate with Mr. Douglas.

4. While the undersigned has exercised diligence in attempting to meet the deadline, he has been unable to do so because of delays in communicating with Mr. Douglas, the intervening holidays, and the pressing responsibilities of assisting federal inmates who are entitled to immediate release from prison as a result of the retroactive application of the reduction in crack cocaine penalties.

5. On January 11, 2008, the undersigned contacted counsel for respondent, Deputy Attorney General Daniel B. Bernstein, who graciously indicated that he has no objection to this request.

I declare under penalty of perjury that the matters herein as to which I have personal knowledge are true and correct, and as to other matters, I believe them to be true and correct.

DATED: January 11, 2008

/s/ *David M. Porter*
David M. Porter

3

**ORDER**

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, objections to the findings and recommendations may be filed on or before February 13, 2008.

Dated: January 17, 2007.

UNITED STATES MAGISTRATE JUDGE

/doug0775.eot3