IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GORDON ANDREW DOUGLAS, | ) | NO. CIV S-97-0775 FCD JFM P |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| S. CAMBRA, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

Pursuant to the April 28, 2008 request of the Office of the Federal Defender, and good cause appearing therefore, the Office of the Federal Defender and Assistant Federal Defender David M. Porter are relieved as counsel for petitioner, Gordon Andrew Douglas. Any and all documents concerning this case shall be served on petitioner at the following address:

    Mr. GORDON ANDREW DOUGLAS
    D-12468 (D2-103)
    Pelican Bay State Prison
    P. O. Box 7500
    Crescent City, CA  95532

DATED: October 23, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE