IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GORDON ANDREW DOUGLAS,

    Petitioner,                             No. CIV S-97-0775 KJM-JFM HC

    vs.

FRANCISCO JACQUEZ, Warden,

    Respondent.                          ORDER

_____/

This matter comes before the court upon respondent's motion to stay the conditional writ issued on February 7, 2011, filed on March 1, 2011. (ECF 80.) Petitioner filed a statement of non-opposition on March 25, 2011. (ECF 81.) This motion is submitted without oral argument. (ECF 82.) Finding good cause, the court hereby GRANTS respondent's motion. The court's previously issued conditional writ is stayed until such time as the Ninth Circuit issues an express mandate or denies either the pending motion for an extension of time or a possible petition for rehearing. Respondent is to notify the court upon the occurrence of either.

IT IS SO ORDERED.

DATED: April 4, 2011.

_____
UNITED STATES DISTRICT JUDGE

1