IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GORDON ANDREW DOUGLAS,

    Petitioner,                              No. CIV S-97-0775 KJM-JFM

    vs.

FRANCISCO JACQUEZ, Warden,

    Respondent.                            <u>ORDER</u>

_____/

        On June 8, 2011, respondent filed a notice of Ninth Circuit action and request to continue stay until issuance of mandate. (ECF 84.) The court hereby GRANTS respondent's request; the stay in the above-captioned matter is continued pending the Ninth Circuit's issuance of its mandate, on or about June 14, 2011. Respondent shall notify the court upon this occurrence.

        IT IS SO ORDERED.

DATED: June 9, 2011.

_____
UNITED STATES DISTRICT JUDGE